# United States District Court
### FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

Alvaro Sanchez #055026 \*
_____ \*
_____ \*
_____ \*

United States District Court
Southern District of Texas
FILED

AUG 11 2008

Michael N. Milby
Clerk of Court

(Enter above the full name of the plaintiff or plaintiffs in this action.)

V.s.    CIVIL ACTION NO. _____

Omar Lucio Sheriff Cameron County, In official and, personaly $121?
Dean Garza R.N., Mauro De La Fuente Individual, capacity
Rigo Rivera, M. Garcia, F. Moreno (F) D.A. Ammermon
Herman Garcia Lt. Flores Lt. Corter        Et. AL
(Enter above the full name of the  I'm not privy to that
defendant or defendants in this action.) Info.
Omar Lucio is sheriff of Cameron County, and responsible for staff. DA Ammermon is for Cameron County.

### COMPLAINT FOR VIOLATION OF CIVIL RIGHTS PURSUANT TO 42 US 1983
(For Use in Prisoner Litigation)

NOTE: The Clerk will not file your complaint unless it conforms to these forms and the instructions for filing which you were provided. Consult the instructions as you prepare your complaint.
DO NOT leave blanks on these forms. If an item is not applicable, state so or write "N/A" Be aware that you may be subject to penalties or sanctions by the Court (such as dismissal and assessment costs) for perjury.

I. PREVIOUS LAWSUITS
  A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes [ ]   No [✓]

  B. Have you begun other lawsuits in state or federal court relating to your conditions of confinement?   Yes [ ]   No [✓]

  C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit
      Plaitiffs: N/A

      Defendants: N/A

Item C.
1. Court (if federal court, name the district; if state court, name the county): N/A
2. Docket number: N/A
3. Name of Judge to whom case was assigned: N/A

4. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) N/A

5. Approximate date of filing lawsuit: N/A

6. Approximate date of disposition: N/A

Use additional page(s) for other lawsuits. Provide the same type of information as you did above for each.

II. PLACE OR INSTITUTION WHERE THIS COMPLAINT OCCURED: Carrizales-Rucker 7100 Old Alice Rd, Olmito Tx 78575

A. Is there a prisoner grievance procedure in this institution?
Yes [✓] No [ ] N/A [ ] Asked for grievances with Inmate Requests and was sent none. Sent my own on Inmate Request personal (yellow sheets with no Results nothing was returned.

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [✓] No [ ]  city

C. If your answer is YES:  I sent my own grievances and
   1. What steps did you take: Asked for grievances with Inmate Requests
   2. What was the result? see A

D. If your answer is NO, explain why not: N/A

E. If you are an inmate in the Texas Department of Corrections and your complaint relates to your confinement there, have you interviewed with an attorney from the Inmate Legal Services Project of the State Bar of Texas? Yes [ ]  No [ ]

F. If your answer is NO, explain why not: N/A

2

III. Parties To This Lawsuit

   A. Name of Plaintiff: ALVARO SANCHEZ
      Inmate Number: 058026
      Institution/Unit of Confinement: Carrizales-Rucker
      Address: 7100 OLD ALICE RD, OLMITO, TX 78575

   B. Additional Plaintiff(s) (If any). In this space, provide the same type of information as requested in "A" above.
      N/A

   C. Name of Defedant: OMAR LUCIO
      Official Position (employed as): Sheriff
      Place of Employment: Cameron County
      Address for service: 7300 OLD ALICE ROAD, OLD ALICE RD, Olmito TX 78575

   D. Additional Defedants (if any):
      Name of Defendant: DEAN GARZA
      Official Position (employed as): Registered Nurse/Head of Medical
      Place of Employment: Carrizales-Rucker
      Address for service: 7100 OLD ALICE Rd, Olmito TX 78575

      Name of Defendant: Mauro De LA Fuente
      Official Position (employed as): Classification
      Place of Employment: Carrizales-Rucker
      Address for service: 7100 OLD ALICE Rd, Olmito TX 78575

Use additional page to list other defendants. Provide the same type of information as you did above for each.

IV. Statement of Claim — Denied law library Access, put safety In danger WAS Injured And Recieved no medical attention for Injuries Personal + property, mental

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

3

p.1

III. D. Additional Defendants continued
Mauro De la Fuente
Official Position (E.A.) Classification
Place of Employment 7100 old Alice Rd, Olmito Tx 78575

Name of Def. Rigo Rivera
Official Position (E.A.) Classification
Place of Employment 7100 old Alice Rd, Olmito Tx 78575

Name of Defendant. M. Garcia last name
Official Position Corporal Corrections Officer (Guard)
Place of Employment 7100 old Alice Rd, Olmito Tx 78575

Name of Defendant F. Moreno last name
Official Position Corrections Officer (Guard)
Place of Employment 7100

Name of Defendant 1st name Herman Garcia
Official Position C.O. Herman (Guard)
Place of Employment 7100 old Alice Rd, Olmito Tx 78575

Name of Defendant Et. Al ? Ammermon D.A.
Official Position District Attorney
Place of Employment Cameron County Court House
Harrison Brownsville Tx 78520

N. of D. ~~Et Al~~ Lt. Flores
O.P. See next page
P.E. ~~Cameron County, Tx.~~ I'm running out of paper.

p.2

III Additional Defendants continued
Name of Defendant     Lt. Flores
Official Position     Lieutenant  Carrizalez-Rucker Unit
Place of Employment   7100 Old Alice Rd. Olmito Tx 78575

Name of Defendant     Lt. Cortez
Official Position     Lieutenant  Carrizalez-Rucker
Place of Employment,  7100 Old Alice Rd, Olmito Tx 78575

Statement of Claim continued                           p 1

Omar Lucio - Mauro de la Fuente, Rigo Rivera and others After leaving Delta-2 (D-2) for fear of my safety due to direct threats and having seen 1 inmate get beaten by 10 Gang members June-08 Check Records For supposedly stealing a Tinger (1) of (3) parties. Though one inmate had given him brownies earlier that they use as a offer to some want to be saint. When you are in a cell of 22 and 17 are gang members and 5 are "Solanos" no-gang affiliation. The 17 will mistreat the 5 to say the least. The Gang members tell Booking officers there membership or affiliations most of the time. Why not just put them all together as in other county Jails? I'm not trying to run the system just do my time. This is worse than T.D.C.J. Classification. Note these are all Hispanic men. The 95% Majority that is. After moving out of D-2 I spent Seven days in a holding From about 6-26-08 to 7-3-08 I was told to get ready 6-27-08 Friday night to move to another tank but I asked C.O. F. Moreno if He knew who was running the tank he stated he didn't know and that it I was some sort of "chicken" to put it mildly. I simply stated I was trying to avoid fights at all costs, because of my spend Restitution ctr. status knowing I'd more than likely end up in a Valluco tank I denied going as there would surely be a lop sighted fight due to a 1 to who knows how many disadvantage. They knowingly admit not fighting 1 to 1. All there actio are told to go in with at least 5 behind them. F. Moreno then proceeded to jerk me by the arm not saying

Statement of Claim                                          P(2)

Put your hands behind your back but trying to manhandle me all the way to the cell (B-2 or such.) He told H. Garcia to get my stuff he'd take me there. He had thrown the previous inmate against the metal opening and put him in holding or transport. He then attempted to twist my arm and I held firm angering F. Moreno who then proceeded to take his mace can and was about to spray me when I told him to hold up and covered my face, at this time nurse J. Romero was approaching from around the corner Infirmary. He quickly put the mace away and then we past Rank Cpl. Garcia (J. Romero will attest I had no mattress blanket cup towel etc. in my Hands.) I quickly explained my situation to Rt. Ctr CPL. Garcia who had me taken transport cell by myself all the while C.O. F. Moreno insulted me with profanities. At about 10:30 pm or so H. Garcia told me to wake up I was already asleep on the concrete (Holding and Transport are nothing but concrete you get 4 briats 2 chips 2 slices of cheese to P.N.B. Smich and a blanket). Since no Blanket was given to me I thought H. Garcia was going to take me to go get a Blanket Instead He took me up front and put me in Holding with about 12 Unclassified offenders Inmates etc. Under whose orders I don't know. Standard operating Procedure? It was Friday night and no chains go through transport And there were others in single cells and there were empty cells. Friday, Saturday nights especially before July 4 are notorius for bringing routy people. Upon arrival I found a place on the floor and noticed an individual who

Statement of Claim continued          P. 3

who seemed to be using sign language, commonly used here by inmates (and guards) And I thought he was doing so to someone at the front of the cell. Being tired and thinking this ones probably on something I went to sleep or tried to anyway. When Breakfast came around we ate and I had found a place on the Concrete Bench. The Unknown Individual finished eating and laid back down to go to sleep. Being in close quarters people right next to each other I was about 1 foot from his head when he then after being fully stretched out even turned or switched with his head to the corner wall or 1 foot away and his feet and dirty sandals touching my side. I respectfully asked him 3 times to move his feet even using a roll of Toilet Paper to move them. After the 3rd time I got up he jumped up and we started fighting. Well after the 3rd time he started rubbing his shoes on my Uniform t-shirt and I thought he was going to kick me. He was clearly disrespecting me and provoked the altercation. This inmate was possibly drugged, unclassified as to mental status etc. I subdued inmate but in doing so broke a bone on my right hand it wasn't until Monday they hired Mobile Imaging to x-ray my hand 1x-ray Weds Dr Garza recomended a specialist, later more x-rays were taken to Satisfy Dean Garza who Asked me to get $200 from my family to pay. There is a 2$ co-pay here for treatment. Nevertheless I got the money.

Statement of Claim continued.                                              p. 4

Today is August 2nd 8:P.M 2008. I have not recieved any type of Medical attention other than x-rays, a wrap, and Heat rub, over 5 weeks. I released the money from my commissary signed under duress, see card. Medical Dept. Run by Dean Garcia has decided to run things like this. I pressed charges on Individual and recieved no disciplinary actions or charges for fight. I did not provoke fight and defended myself. Classification dept or Policies, Cameron County are directly responsible, I have had no other fights to speak of. I injured my foot getting off a top bunk while favoring my right hand. X-rays were never shown to Dr or at least I didn't hear anything but it was this injury that finally got me a bottom bunk assignment which caused my troubles in A-3. Twice I was taken to a clinic near V.B. M.C. but 1st Medical did not send my x-rays, 2nd time clinic refused to see me after asking me how long ago the incident happened. Medical still has my money. I am now trying to get some legal help through a Writ of Habeas I put together citing why I am Illegally restrained/confined here and none of this should have ever happened. I'll attach copy, or send one as soon as I buy more paper, stamps etc. D.A.__ Ammermon I feel is directly/Indirectly responsible for my confinement/restraint past Judge's stated time. P.O. etc. See writ. Omar Lucio's policies/standard operating procedures have him as being directly/Indirectly Responsible. Lt. Flores and Lt. Cortez are responsible for not answering law library request and denying the one they did based on assumptions, I have more than 1 case Including these. Furthermore all of the above never answered any of my grievances!

Statement of Claims        Cont.        P. 5

Sheriffs Property Dept Also stole several Items and threw away legal addresses and phone numbers. I sent I.R. to Lt.'s (a copy of list of stolen Items). ~~[crossed out]~~ I had made copy, Here what I remember, 1 Bag coffee, 2 tubes of tooth paste 1 Pepsodent 3/4, 1 ultrabrite, 1 T-shirt, 1-Boxer (lg) 3 Individual packs of saltine crakers. ~~stamps envelopes~~ ... 1 Deoderant 3/4 full Approx ~~value~~ Value $20

7-29-08 Sent Writ of Habeas 1 to my Father who did not recieve it 2nd to State District Clerk (of 357) who did not recieve it or did not respond. Will try and present 1 to 103rd Dist 8-08-08 C.S. courts Had court date 8-04-08 and took papers Writ + Motion to amend @ 357 but was again reset. I should already have enough time. Will send letter to sheriff dept next door when I can. No medical as of 8-6-08 will wait til 8-08-08

Today is 8-7-08 waited to see if I won't go to Dr for broken bone. My money has not been returned to commissary and tomorrow I have child support court that I should already be out working and paying as of 3 months ago. System here is wrong. Regardless Saturday will be 6 weeks since broken bone which was a direct result of my being placed in jeopardy. It has been more than enough time. Now I fear this will be a major operation instead of just resetting. At Emergency

Additional space for "Statement of Claim": Omar Lucio In charge of County Jail Administration, policies Standard operating procedures etc. Mauro De La Fuente, B.S. Rigo Rivera Classification workers, initially put me in Protective Custody Pod @ 4 men/cell without me asking For P.C. then took me out of P.C. put me in "Population" under duress eventually put in cell with 17 known prison gang members 0-2. Population does not look "favorably" on inmates that have been in P.C. After 1 month of threats etc I left when I went to a Blood Pressure check. I have done time before and didn't realize type of "Population" Classification meant. I was told by inmates I would eventually be disciplined if I violated their rules and already had 3 infractions which were no way related to County rules (not that there was a rule book In cell.) These were made to order by Inmates. Omar Lucio and Staff knows their tanks are run this way. Cpl M. Garcia was made known of this by disciplinary off at this time. [ON 7-27-08 Sgt Treviño stated we run the outside of the cell THE inmates run the inside while moving me to a single cell after inmates wouldn't let me keep Bottom Bunk Assigned only a week earlier for medical reasons. From A3- C2 P.C.] Staff that assigns Housing is
Continued

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Help get me medical attention. Have County's Compensate Any medical expenses I Incur Help me be able or others to attend Law library and not be subject to dangerous conditions/confinement beyond the norm. Not have property dept. personnel/Inmates steal or remove Items trash etc. Any appropriate compensation the Law justifies. To be classified with similar Individuals

VI. VERIFICATION ( Must be provided by each plaintiff.)

I declare under penalty of perjury that the foregoing is true and correct.     and 10 sheets in complaint

Executed on August 3, 2008
         (date)                              (Signature of Plaintiff)

4



Alvaro Sanchez
Cameron County Det Center
058026 , C-155
7100 OLD Alice Road
Olmito, Tx 78575

Clerk of th U.S. Dist. Ct. Hous
P.O. Box 61010

United States Courts
Southern District of Texas
FILED
AUG 11 2008
Michael N. Milby, Clerk

Sirs/ma'am,

I have no way of making copies if application to proceed in Forma Pauperis does not work for me. Please send these papers back to address: Alvaro Sanchez
1206 W. Basin
Harlingen, TX 78550

or if I am released, relocated, etc.

There are 3 principle defendants. Cameron County, Cameron County Sheriff Omar Lucio, Cameron County Dist attn — Ammermon who may not be responsible for the jail here but is responsible for the length of time here. So everybody else works for the sheriff's dept as I understand this. Thank you for your help. I declare this true under penalty of perjury

x Alvaro Sanchez 058326
Alvaro Sanchez  8-7-08

United States District Court
Southern District of Texas
FILED
AUG 11 2008
Michael N. Milby
Clerk of Court